IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00229-MSK-MEH

DANIELLE T. MORRISON,

    Plaintiff,

v.

WEST PEAK FINANCIAL, INC., a Colorado corporation,

    Defendant.

_____

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**
_____

THE COURT having reviewed the Unopposed Motion to Dismiss with Prejudice **(#8)** and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees. The Clerk is instructed to close this case.

Dated this 11th day of May 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge